FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRYSTIAUNA MCLALLEN and MICHAEL WILLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERPLAY LTD., a foreign corporation,<br><br>Defendant. | No: 2:26-cv-00111-RLP<br><br>ORDER OF DISMISSAL |

Before the Court is Plaintiffs' Notice of Voluntary Dismissal. ECF No. 23. Plaintiffs may voluntarily dismiss this case without court order under Federal Rule of Civil Procedure 41(a)(1)(A)(i) as Defendant has not filed an answer or a motion for summary judgment.

Accordingly, **IT IS ORDERED**:

1. This action is **DISMISSED** without prejudice.

2. All pending deadlines, hearings, and motions are **STRICKEN**.

3. The District Court Executive is directed to enter this order and **CLOSE THE FILE**.

**IT IS SO ORDERED.**

**DATED** November 19, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE